# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Brian Eugene Chadbourne,                    Civil No. 19-cv-1240 (PJS/TNL)

      Plaintiff,

v.                                          **ORDER**

Walmart,

      Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 8, 2019 (ECF No. 22), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Walmart's Motion to Dismiss (ECF No. 4) is **GRANTED.**

2. The matter is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 9/4/19                                                      s/Patrick J. Schiltz  
                                                                                 The Honorable Patrick J. Schiltz  
                                                                                 United States District Court Judge  
                                                                                 for the District of Minnesota